MICHAEL GOLDSTEIN et al., Respondents, v VENERA HELD, Appellant.

Submitted July 23, 2007; decided October 18, 2007

Reported below, 37 AD3d 657.

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was

untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [rev 3d ed 2005]).